UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Troy L. Nunley<br>United States District Judge<br>Sacramento, California | RE:  Glen Patrick Shoults<br>        Docket Numbers:  2:13CR00033-01 &<br>        2:13CR00168-01<br>        <u>Notification to the Court</u> |

Your Honor:

On August 1, 2013, Mr. Shoults was sentenced for the offense of 18 USC 1028A(a)(1) – Aggravated Identity Theft (Class E Felony) in Docket Numbers 2:13CR00033-01 and 2:13CR00168-01.  He received 24 months custody on each case, to run consecutively to each other for a total term of 48 months, and a 12-month term of supervised release on each case, to run concurrently to each other, for a total term of 12 months.  On November 10, 2015, a Probation 12B was filed with the Court wherein Your Honor approved the modification of Mr. Shoults' conditions to include residential community corrections (RCC) placement for up to 120 days to allow the offender additional time to secure a residence.  On November 13, 2015, he was released from custody to reside at the RRC, Geo Care, in San Francisco.  The Northern District of California accepted courtesy supervision of the offender's case in April 2016.

On June 2, 2016, Mr. Shoults was arrested by San Francisco Police Officers for two outstanding warrants.  The undersigned has since been able to verify with the Sacramento County Probation Department that Mr. Shoults is charged with probation violations in two cases (CR11-0040 and 2F08280).  It appears the conduct alleged in their violation petition pre-dates Mr. Shoults' terms of Supervised Release and is therefore not a violation of his terms of Supervised Release.  Mr. Shoults remains in custody pending the outcome of the violation proceedings.

The purpose of this Memorandum is to notify the Court Mr. Shoults' term of supervised release will be tolled pursuant to 18 USC 3624(e) - a term of Supervised Release does not run during any period in which the person is imprisoned in connection with a conviction for a Federal, State, or Local crime unless the imprisonment is for a period of less than 30 consecutive days.  Since

RE:     **Glen Patrick Shoults**
          **Docket Number:  2:13CR00033-01 & 2:13CR00168-01**
          <u>**Notification to the Court**</u>

Mr. Shoults has now been in custody for over 30 consecutive days, this is to inform the Court that time will be tolled accordingly.

If Your Honor has any questions or concerns regarding the information provided in this Memorandum, please feel free to contact the undersigned via phone at (209) 549-2817 or by email at laura_weigel@caep.uscourts.gov.

                        Respectfully submitted,

                            */s/ Laura Weigel*

                            Laura Weigel
                    Sr. United States Probation Officer

Dated:     August 12, 2016
          Modesto, California
          LW/lr

**REVIEWED BY:**

_____ for _____
**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

### ORDER OF THE COURT

X   Approved          ☐   Disapproved

Dated: August 15, 2016

                                                Troy L. Nunley
                                          United States District Judge

cc:     Michelle Rodriguez
        Assistant United States Attorney

        Donald P. Dorfman
        Defense Counsel